**STATE of Missouri, Respondent,**

v.

**Michael McGAUGHY, # 121088, Appellant.**

**No. WD 57511.**

Missouri Court of Appeals, Western District.

Dec. 29, 2000.

Mary S. Choi, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

BEFORE: EDWIN H. SMITH, Presiding Judge, ULRICH, and ELLIS, Judges.

***ORDER***

PER CURIAM.

Appellant Michael McGaughy appeals from a judgment entered in the Circuit Court of Buchanan County finding him guilty of one count of assault in the second degree, § 565.060; one count of armed

criminal action, § 571.015; and one count of unlawful use of a weapon, § 571.030 for the shooting of Glenn Barnes. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).